**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHEECH AND CHONG'S GLOBAL HOLDING COMPANY,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-cv-14412 |

# EXHIBIT 1 – TRADEMARK REGISTRATIONS

**CHEECH AND CHONG'S GLOBAL HOLDING COMPANY**

Exhibit 1                                                                                              Trademark Summary

| TRADEMARK REGISTRATIONS | | | |
|---|---|---|---|
| **MARK** | **REG. No.** | **GOODS & SERVICES** | **REG. DATE** |
| CHEECH & CHONG | 5,105,735 | IC 025 – Clothing, namely, [ bandanas, ] baseball caps, beanies, belts, [ berets, ] boxer shorts, caps, headwear, [ infant wear, ] jackets, [ leather jackets, ] pullovers, [ rain jackets, ] socks, sweat pants, sweat shirts, [ sweat shorts, ] sweat suits, t-shirts; Clothing, namely, [ aprons, ascots, ] athletic footwear, athletic shoes, [ athletic uniforms, bath slippers, bathing caps, bathing suits, bathing trunks, bathrobes, beach cover-ups, beach shoes, beachwear, Bermuda shorts, bikinis, blazers, blouses, body shapers, body suits, bras, brassieres, ] briefs, [ camp shirts, cardigans, chef's hats, wrap-arounds, coats, collars, crop tops, cuffs, denim jackets, ear muffs, golf shirts, gym shorts, halter tops, head bands, jeans, ] jogging suits, [ leg warmers, leggings, light-reflecting jackets, lingerie, lounge wear, mock turtle-neck sweaters, money belts, mufflers, neck bands, neckwear, night shirts, pajamas, panties, ] pants, [ polo shirts, ponchos, sandals, sashes, scarves, ] shawls, shirts, shoes, [ shorts, sleep shirts, sleepwear, ] slippers, sneakers, [ sport coats, sport shirts, sun visors, sweat bands, ] sweaters, sweatsocks, [ swim caps, swim trunks, swim wear, swimming caps, swimsuits, ] tank tops [, visors, v-neck sweaters, wind resistant jackets, wrist bands ] | Dec. 20, 2016 |
| CHEECH | 5,489,180 | IC 025 – Clothing, namely, bandanas, baseball caps, beanies, belts, berets, boxer shorts, caps, headwear, infant wear, jackets, leather jackets, pullovers, rain jackets, socks, sweat pants, sweat shirts, sweat shorts, sweat suits, t-shirts; Clothing, namely, aprons, ascots, athletic footwear, athletic shoes, athletic uniforms, bath slippers, bathing caps, bathing suits, bathing trunks, bathrobes, beach cover-ups, beach shoes, beachwear, Bermuda shorts, bikinis, blazers, blouses, body shapers, body suits, bras, brassieres, briefs, camp shirts, cardigans, chef's hats, wrap-arounds, coats, collars, crop tops, cuffs, denim jackets, ear muffs, golf shirts, gym shorts, halter tops, head bands, jeans, jogging suits, leg warmers, leggings, light-reflecting jackets, lingerie, lounge wear, mock turtle-neck sweaters, money belts, mufflers, neck bands, neckwear, night shirts, pajamas, panties, pants, polo shirts, ponchos, sandals, sashes, scarves, shawls, shirts, shoes, shorts, sleep shirts, sleepwear, slippers, sneakers, sport coats, sport shirts, sun visors, sweat bands, sweaters, sweatsocks, swim caps, swim trunks, swim wear, swimming caps, swimsuits, tank tops, visors, v-neck sweaters, wind resistant jackets, wrist bands | Jun. 12, 2018 |

CHEECH AND CHONG'S GLOBAL HOLDING COMPANY

**Exhibit 1**   U.S. Reg. No. 5,105,735

# United States of America
## United States Patent and Trademark Office



# CHEECH & CHONG

| | |
|---|---|
| **Reg. No. 5,105,735** | Chong & Chong Entertainment, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) <br> 1625 Casale Road |
| **Registered Dec. 20, 2016** | Pacific Palisades, CA 90272 |
| **Int. Cl.: 5, 25, 34** | Koo Koo Banana, Inc. (CALIFORNIA CORPORATION) <br> Suite 2900 <br> 10250 Constellation Boulevard |
| **Trademark** | Los Angeles, CA 90067 |
| **Principal Register** | |

CLASS 5: Herbs for medicinal purposes; Medicinal herb extracts; Medicinal herbs; Medicinal herbs in dried or preserved form; Plant and herb extracts sold as components of medicated cosmetics

FIRST USE 4-30-2013; IN COMMERCE 4-30-2013

CLASS 25: Clothing, namely, bandanas, baseball caps, beanies, belts, berets, boxer shorts, caps, headwear, infant wear, jackets, leather jackets, pullovers, rain jackets, socks, sweat pants, sweat shirts, sweat shorts, sweat suits, t-shirts; Clothing, namely, aprons, ascots, athletic footwear, athletic shoes, athletic uniforms, bath slippers, bathing caps, bathing suits, bathing trunks, bathrobes, beach cover-ups, beach shoes, beachwear, Bermuda shorts, bikinis, blazers, blouses, body shapers, body suits, bras, brassieres, briefs, camp shirts, cardigans, chef's hats, wrap-arounds, coats, collars, crop tops, cuffs, denim jackets, ear muffs, golf shirts, gym shorts, halter tops, head bands, jeans, jogging suits, leg warmers, leggings, light-reflecting jackets, lingerie, lounge wear, mock turtle-neck sweaters, money belts, mufflers, neck bands, neckwear, night shirts, pajamas, panties, pants, polo shirts, ponchos, sandals, sashes, scarves, shawls, shirts, shoes, shorts, sleep shirts, sleepwear, slippers, sneakers, sport coats, sport shirts, sun visors, sweat bands, sweaters, sweatsocks, swim caps, swim trunks, swim wear, swimming caps, swimsuits, tank tops, visors, v-neck sweaters, wind resistant jackets, wrist bands



FIRST USE 1-1-2010; IN COMMERCE 1-1-2010

CLASS 34: cigarette papers; tobacco jars; hookah tobacco; lighters for smokers; ashtrays; tobacco tins; smoking pipes and electronic cigarettes

FIRST USE 1-1-2010; IN COMMERCE 1-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "CHEECH" and "CHONG", who identify Richard Cheech Marin and Thomas Tommy Chong, living individuals, whose consent(s) to register is made of record.

SER. NO. 86-573,354, FILED 03-23-2015
ROBERT J STRUCK, EXAMINING ATTORNEY

CHEECH AND CHONG'S GLOBAL HOLDING COMPANY

Exhibit 1                                                                        U.S. Reg. No. 5,489,180



# CHEECH

**Reg. No. 5,489,180**

**Registered Jun. 12, 2018**

**Int. Cl.: 25, 34**

**Trademark**

**Principal Register**

Koo Koo Banana, Inc. (CALIFORNIA CORPORATION)
10250 Constellation Boulevard
Suite 2900
Los Angeles, CALIFORNIA 90067

CLASS 25: Clothing, namely, bandanas, baseball caps, beanies, belts, berets, boxer shorts, caps, headwear, infant wear, jackets, leather jackets, pullovers, rain jackets, socks, sweat pants, sweat shirts, sweat shorts, sweat suits, t-shirts; Clothing, namely, aprons, ascots, athletic footwear, athletic shoes, athletic uniforms, bath slippers, bathing caps, bathing suits, bathing trunks, bathrobes, beach cover-ups, beach shoes, beachwear, Bermuda shorts, bikinis, blazers, blouses, body shapers, body suits, bras, brassieres, briefs, camp shirts, cardigans, chef's hats, wrap-arounds, coats, collars, crop tops, cuffs, denim jackets, ear muffs, golf shirts, gym shorts, halter tops, head bands, jeans, jogging suits, leg warmers, leggings, light-reflecting jackets, lingerie, lounge wear, mock turtle-neck sweaters, money belts, mufflers, neck bands, neckwear, night shirts, pajamas, panties, pants, polo shirts, ponchos, sandals, sashes, scarves, shawls, shirts, shoes, shorts, sleep shirts, sleepwear, slippers, sneakers, sport coats, sport shirts, sun visors, sweat bands, sweaters, sweatsocks, swim caps, swim trunks, swim wear, swimming caps, swimsuits, tank tops, visors, v-neck sweaters, wind resistant jackets, wrist bands

FIRST USE 1-1-2010; IN COMMERCE 1-1-2010

CLASS 34: cigarette papers; tobacco jars; hookah tobacco; lighters for smokers; ashtrays; tobacco tins; smoking pipes and electronic cigarettes

FIRST USE 1-1-2010; IN COMMERCE 1-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Richard CHEECH Marin, whose consent(s) to register is made of record.

SER. NO. 86-983,480, FILED 09-22-2015



Director of the United States
Patent and Trademark Office

3